

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00204-CR

| | | |
|---|---|---|
| James R. Biegler Jr. | § | From the 271st District Court |
| | § | of Wise County (CR16049) |
| v. | § | September 19, 2013 |
| | § | Opinion by Judge Holcomb |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____
Judge Charles R. Holcomb